No. 599. P. LORILLARD COMPANY ET AL. *v.* NATIONAL STEAM NAVIGATION COMPANY, LIMITED, OF GREECE. November 15, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John G. Milburn, Mr. Charles K. Carpenter* and *Mr.*

*D. Roger Englar* for petitioners. *Mr. J. Parker Kirlin* and *Mr. Cletus Keating* for respondent.